For plaintiff: Edward H. Ziegler and Charles A. Keeley.

For defendant: Voight & O'Neill.

---

Edward Burke
vs.                    } No.61901
Providence Gas Company
March 23, 1926.

CAPOTOSTO, J. The plaintiff claims to have been injured by the falling of a wall built of cement blocks. His contention is that the wall was pushed over by a laborer of the defendant company negligently leaning against the wall while excavating a trench for some gas connections.

The jury awarded the plaintiff damages in the sum of $500.

The defendant maintains that it is not liable and that, therefore, the verdict is unjust.

The facts of this case, as shown in the evidence, present an unusual picture strongly bordering upon the humorous. The plaintiff makes no claim that the digging of the trench weakened or undermined the foundation of the wall. His entire complaint is that a laborer, who was engaged in digging the trench, touched or leaned against the wall while working in the trench and that, as a result of such leaning against or touching of the wall by the defendant's servant, the wall fell. The same wall had fallen the day before, due, according to the building inspector of the city of Providence, to faulty construction and insufficient foundation. The wall was rebuilt between that time when the defendant company, on the following day, began to make the necessary excavation for the gas connection desired.

The wall under construction began at Eddy Street in the city of Providence and ran back 16 feet. It was between 7 to 8 feet high and some 8 to 10 inches thick. The trench which the defendant's servant was digging also began at Eddy Street, ran parallel with and some 10 to 12 inches from the wall and was about 4 feet long, 2 feet wide and 2 feet deep. The laborer, one Giuseppe Marsella, was a well-built, stocky fellow, not much over 5 feet tall. The dirt which was excavated from the trench was thrown to the side of the trench away from the wall, so that no extra pressure against the wall was exerted by the material removed. The wall fell for its entire distance away from the trench and towards the place where the plaintiff was working.

To sustain the plaintiff's claim one must believe, therefore, that a laborer a little over 5 feet tall, working in a trench some 4 feet long, 2 feet deep and about a foot away from the wall accomplished the unusual feat of pushing over for its entire length a cement block wall 16 feet long and some 8 feet high by negligently touching the wall with his well developed shoulder A man of such extraordinary ability could not for long conceal his prowess and would soon be amusing the public at a fabulous salary when compared with that of the ordinary trench digger.

The plaintiff's claim is supported neither by the evidence nor by common sense. While the plaintiff was to some extent injured, his claim for redress, if any he have, is against some one other than this defendant.

Motion for new trial granted.

For plaintiff: Greenough, Easton & Cross.

For defendant: Swan, Keeney & Smith.